Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Deborah Ann Nolen

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH ANN NOLEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant | Case No.: 2:17-cv-02505-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND BRIEFING SCHEDULE<br><br>(FIRST REQUEST) |

TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, by and through their respective counsels, hereby stipulate to extend the time in which plaintiff must file her motion for summary judgment for a period of 14 days from May 3, 2018, to and including May 17, 2018, and that all

-1-

subsequent deadlines set forth in the Court's Scheduling Order are extended accordingly.

This request is made on behalf of counsel of plaintiff who requests additional time to fully research the issues presented. Counsel has had to absorb the workload of an attorney and a law clerk in our firm due to their respective medical emergencies. Counsel assures the Court that this request is not made to unduly delay consideration of this matter. Counsel apologizes for the inconvenience created.

IT IS SO STIPULATED.

DATE: May 3, 2018    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: _/s/ Young Cho_____
Young Cho
Attorney for plaintiff DEBORAH ANN NOLEN

Date: May 3, 2018    McGREGOR W. SCOTT
United States Attorney

BY:  /s/ *Ellinor Coder*
ELLINOR CODER
Special Assistant United States Attorney
Attorneys for Defendant NANCY A. BERRYHILL, Acting Commissioner of Social Security
(Per email authorization from Marla Letellier)

**ORDER**

Approved and so ordered.

DATE: May 4, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE