Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Deborah Ann Nolen

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH ANN NOLEN, | ) Case No.: 2:17-cv-02505-AC |
| | ) |
| Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ |
| | ) ORDER FOR THE AWARD AND |
| vs. | ) PAYMENT OF ATTORNEY FEES |
| | ) AND EXPENSES PURSUANT TO |
| NANCY A. BERRYHILL, Acting | ) THE EQUAL ACCESS TO JUSTICE |
| Commissioner of Social Security, | ) ACT, 28 U.S.C. § 2412(d) AND |
| | ) COSTS PURSUANT TO 28 U.S.C. § |
| Defendant. | ) 1920 |
| | ) |

TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF
THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their
undersigned counsel, subject to the approval of the Court, that Deborah Ann Nolen
be awarded attorney fees and expenses in the amount of three thousand seven
hundred dollars ($3,700.00) under the Equal Access to Justice Act (EAJA), 28

U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Deborah Ann Nolen, the government will consider the matter of Deborah Ann Nolen's assignment of EAJA fees to Young Cho. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Deborah Ann Nolen, but if the Department of the Treasury determines that Deborah Ann Nolen does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Deborah Ann Nolen.[1] Any payments made shall be delivered to Young Cho.

This stipulation constitutes a compromise settlement of Deborah Ann Nolen's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Deborah Ann Nolen and/or Young Cho including Law Offices of

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Young Cho and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: July 17, 2018        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Young Cho*

BY:_____
Young Cho
Attorney for plaintiff Deborah Ann Nolen

DATE: July 17, 2018        McGREGOR W. SCOTT
United States Attorney

/s/ *Ellinor Coder*

_____
ELLINOR CODER
Special Assistant United States Attorney
Attorneys for Defendant Nancy A. Berryhill,
Acting Commissioner of Social Security
(Per e-mail authorization)

**ORDER**

Approved and so ordered:

DATE: July 18, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE